**IN THE DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. JANE DOE, Individually,, and as a Mother and Next Friend of J.D. and A.D., Minors, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>2. HERO SERVICES, LLC., d/b/a KIDS DENTAL VISION CARE and HERO PRACTICE SERVICES,<br><br>       Defendants. | No.: 24-cv-00177-MTS |

**<u>DEFENDANTS' MOTION TO DISMISS</u>**

Defendants Pediatric Dental Group, LLC, Pediatric Dental Group II, LLC d/b/a Pediatric Dental Group and Adventure Vision, Hero Vision of Utica, PLLC d/b/a Adventure Dental & Vision, and Hero DVO, LLC d/b/a Hero Practice Services (collectively, "Defendants") file this Motion to Dismiss Plaintiff Jane Doe's ("Plaintiff") Putative Class Action Complaint with prejudice. Plaintiff's Complaint brings claims for negligence, negligence *per se*, invasion of privacy, breach of implied contract, unjust enrichment, breach of fiduciary duty, and violation of the Oklahoma Consumer Protection Act. The Court should dismiss the Compliant pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiff fails to state a claim for which relief can be granted for each of her claims, and no amount of repleading can cure these deficiencies.

For the reasons set forth in Defendants' Brief in Support of the Motion to Dismiss, the Defendants request the Court grant Defendants' Motion and dismiss the Complaint with prejudice.

1

Dated:  April 26, 2024

Respectfully submitted,

/s/ *Charles H. Moody, Jr.*
Charles H. Moody, Jr. (#17237)
**RODOLF & TODD**
15 E. 5th St., 6th Floor
Tulsa, OK 74103
Telephone: (918) 295-2100
Facsimile: (918) 295-7800
cmoody@rodolftodd.com

Paul G. Karlsgodt (*pro hac vice forthcoming*)
Jonathan S. Maddalone (*pro hac vice forthcoming*)
**BAKER & HOSTETLER LLP**
1801 California Street, Ste. 4400
Denver, CO 80202
Telephone: (303) 861-0600
Facsimile:  (303)  861-7805
*pkarlsgodt@bakerlaw.com*
jmaddalone@bakerlaw.com

Lisa Houssiere (*pro hac vice forthcoming*)
**BAKER & HOSTETLER LLP**
811 Main Street, Ste. 1100
Houston, TX 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
*lhoussiere@bakerlaw.com*

*Counsel for Defendants Pediatric Dental Group, LLC, Pediatric Dental Group II, LLC d/b/a Pediatric Dental Group and Adventure Vision, Hero Vision of Utica, PLLC d/b/a Adventure Dental & Vision, and Hero DVO, LLC d/b/a Hero Practice Services*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on April 26, 2024, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF electronic filing system, which will then send a notification of such filing to counsel of record.

Jason B. Aamodt - jason@iaelaw.com
Matthew D. Alison - matthew@iaelaw.com

I hereby certify that on April 26, 2024, I served the same document via email on the following who are not registered participants of the ECF System:

Paul G. Karlsgodt*
**BAKER & HOSTETLER LLP**
1801 California Street, Ste. 4400
Denver, CO 80202
Telephone: (303) 861-0600
Facsimile: (303) 861-7805
*pkarlsgodt@bakerlaw.com*

Lisa Houssiere*
**BAKER & HOSTETLER LLP**
811 Main Street, Ste. 1100
Houston, TX 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
*lhoussiere@bakerlaw.com*

Jonathan S. Maddalone*
**BAKER & HOSTETLER LLP**
1801 California Street, Ste. 4400
Denver, CO 80202
Telephone: (303) 861-0600
Facsimile (303) 861-7805
*jmaddalone@bakerlaw.com*
*Counsel for Defendants Pediatric Dental Group, LLC, Pediatric Dental Group II, LLC d/b/a*
*Pediatric Dental Group and Adventure Vision, Hero Vision of Utica, PLLC d/b/a Adventure*
*Dental & Vision, and Hero DVO, LLC d/b/a Hero Practice Services*

Lynn A Toops*
Mary Kate Dugan*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46205
Telephone: (317) 636 – 6481
ltoops@cohenandmalad.com
mdugan@cohenandmalad.com

J. Gerard Stranch, IV*
Andrew E. Mize*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks. Ave., Suite 200
Nashville Tennessee 37203
Telephone: (615) 254 - 8801
Facsimile: (615) 225 - 5419
gstranch@stranchlaw.com
amize@stranchlaw.com

Samuel J. Strauss*
Raina Borelli*
**TURKE & STRAUSS, LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509 - 4423
sam@turkestrauss.com
raina@turkestrauss.com

*Attorneys for Plaintiffs*

*\*pro hac vice forthcoming*

*/s/ Charles H. Moody, Jr.*